ORDER

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 2 2014

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| JUAN ANTONIO MARTINEZ, JR., <br> Movant, | § <br> § <br> § | |
| v. | § <br> § | CIVIL NO. B-13-155 <br> (CRIMINAL NO. B-10-1119-2) |
| UNITED STATES OF AMERICA, <br> Respondent. | § <br> § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. The time to file objections has passed. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that the Government's Motion (Dkt. No. 17) is **GRANTED** to the extent it argues that dismissal is proper pursuant to 28 U.S.C. § 2255(f) and Martinez's § 2255 Motion (Dkt. No. 1) is **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2255(f).

Signed on this ___1___ day of __October__, 2014.

Hilda Tagle
Senior United States District Judge